AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Witherell)    USAO CW No. 24-044

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-mj-1820 |
| Eric Gonzalez ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24, 2024__ in the county of __Montgomery__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Illegal reentry after deportation |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Sean McLaughlin
*Complainant's signature*

Deportation Officer Sean McLaughlin
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/06/2024

José Raúl Arteaga
Digitally signed by José Raúl Arteaga
Date: 2024.11.06 12:22:06 -05'00'
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Jose R. Arteaga, US Magistrate Judge
*Printed name and title*

24-mj-1820

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AFFIDAVIT

I, Sean McLaughlin, being duly sworn, depose and state as follows:

1. I am employed as an Enforcement and Removal Officer for the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), assigned to the Philadelphia Field Office covering Philadelphia County. I have been employed as an ICE Officer since 2007. As part of my duties, I conduct investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally.

2. This affidavit is made in support of a criminal complaint against Eric GONZALEZ (herein after referred to as "GONZALEZ"), a/k/a "Jefferson Alexander Huertas Cajamarca," because there is probable cause to believe GONZALEZ, an alien, that is an individual not a citizen or national of the United States, re- entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. During the course of my duties, I became involved in the investigation of GONZALEZ. According to records maintained by the DHS, GONZALEZ is a native and citizen of Colombia who was formally removed from the United States to Colombia on February 2, 2008.

4. On April 12, 2024, GONZALEZ was arrested by the Abington Township Police Department and charged in the Montgomery County Municipal Court with conspiracy to commit theft, conspiracy to commit receiving stolen property, and conspiracy to commit criminal

mischief. Upon arrest, GONZALEZ was assigned Pennsylvania State Identification Number PA58129640.

5. On or about April 12, 2024, the Abington Township Police Department processed GONZALEZ's fingerprints. GONZALEZ 's fingerprints matched the fingerprints of the individual with FBI number 2472FC0 and the Fingerprint Identification Number (FIN) 1069365476.

6. Following the arrest and fingerprinting, ICE officials were notified electronically of the arrest via government databases. The notification showed that the fingerprints that were on file under the name Eric GONZALEZ and connected to FBI number 2472FC0; Pennsylvania State Identification Number PA58129640; FIN number 1069365476; and Alien Registration Number A 097 447 207.  These fingerprints were a match to the fingerprints that were taken by the Abington Township Police Department in conjunction with GONZALEZ's arrest on or about April 12, 2024.

7. Your affiant reviewed DHS records related to GONZALEZ's A-File numbered 097 447 207, which is maintained by ICE.[1] The following representations are based on my review of DHS's electronic records and databases:

    a. GONZALEZ is a citizen and national of Colombia.

    b. There is no evidence in these records that GONZALEZ is a citizen or national of the United States.

---

[1] An A-File, or Alien File, is a file maintained by ICE which contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned a unique identification number, referred to as an "Alien Number."

  c. On December 6, 2005, GONZALEZ was encountered by ICE after a conviction for robbery. GONZALEZ was served a Notice to Appear pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

  d. On January 16, 2008, GONZALEZ was ordered removed by an Immigration Judge pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

  e. The United States immigration authorities, pursuant to Form I-205, a Warrant of Deportation/Removal, removed GONZALEZ on or about February 2, 2008, via John F. Kennedy International Airport in New York, New York to Bogota, Columbia. Contained on Form I-205 was the photograph, signature, and fingerprint belonging to GONZALEZ and the signature of immigration officers who witnessed his deportation.

  f. Your affiant reviewed DHS records and found no evidence that GONZALEZ applied for or was granted permission to re-enter the United States after his removal.

  g. On September 16, 2024, GONZALEZ was sentenced 8 to 23 months confinement for conspiracy to commit theft.

  8. On October 24, 2024, GONZALEZ was taken into custody by ICE and processed for having illegally reentered the United States after deportation. He was fingerprinted and his fingerprint was found to be a match for the fingerprint contained on Form I-205 associated with the deportation of GONZALEZ on February 2, 2008. In addition, I observed GONZALEZ while in custody and compared his likeness to that in the photograph on Form I-205 and found those to be a match.

9. Wherefore, based upon all of these facts, your affiant believes there is probable cause to believe that GONZALEZ is an alien who was deported from the United States, and that he is currently in the United States without the express consent of the United States Attorney General or Secretary of the Department of Homeland Security. Your affiant respectfully asks that this Honorable Court issue a warrant ordering his arrest for such crime.

        */s/ Sean McLaughlin*
Sean McLaughlin
Deportation Officer
Immigration and Customs Enforcement

SWORN AND SUSCRBIRED BEFORE ME BY TELEPHONE
THIS 6TH DAY OF NOVEMBER 2024

José Raúl Arteaga
Digitally signed by José Raúl Arteaga
Date: 2024.11.06 12:22:48 -05'00'

HONORABLE JOSE R. ARTEAGA
United States Magistrate Judge
Eastern District of Pennsylvania